# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **PATH TO RICHES, LLC**, directly and derivatively on behalf of M.M.T. DIAGNOSTICS (2014), LTD., :<br>Plaintiff, : | |
| v. : | **CIVIL ACTION** |
| : | No. 17-161 |
| **CARDIOLYNC, INC., GAMLIEL KAGAN** a/k/a **GAM KAGAN**, and **DR. JACOB LEVY**, :<br>Defendants, : | |
| and : | |
| **M.M.T. DIAGNOSTICS (2014), LTD.** a/k/a/ **GAM KAGAN**, and **DR. JACOB LEVY**, :<br>Nominal Defendant. : | |

## ORDER

This 21st day of February, 2018, upon consideration of Defendants' Motion to Dismiss (ECF No. 13), and all responses thereto, it is hereby **ORDERED** that Defendants' Motion is **GRANTED** and this case is **DISMISSED** on the basis of *forum non conveniens*, contingent on Defendants' consent to personal jurisdiction in Israel.

/s/ Gerald Austin McHugh
United States District Judge